IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40425
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENDRICK BENFORD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CR-12
- - - - - - - - - -
June 27, 1996

Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Kendrick Benford appeals his sentence following his guilty plea conviction for conspiracy to possess with the intent to distribute cocaine. He argues on appeal: (1) that the district court erred in failing to make specific findings of fact regarding the amount of cocaine attributable to him and (2) that the evidence in the presentence investigation report was insufficient for the court to find that he was involved with more

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

that 1.5 kilograms of cocaine.  We have reviewed the arguments of the parties and the record on appeal and find no reversible error.

AFFIRMED.